**DISMISS; and Opinion Filed May 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01076-CR

### No. 05-12-01077-CR

**CARLON LEE LACY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-57924-J & F11-57925-J**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Brown

On May 12, 2014, appellant filed a motion to dismiss these appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that these appeals be dismissed. *See* TEX. R. APP. P. 42.2(a). Appellant's May 10, 2014 motion to extend time to file a response to our request for a letter brief is **DENIED** as **MOOT**.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121076F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLON LEE LACY, Appellant

No. 05-12-01076-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F11-57924-J.
Opinion delivered by Justice Brown.
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 27th day of May, 2014.

/Ada Brown/

ADA BROWN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLON LEE LACY, Appellant

No. 05-12-01077-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F11-57925-J.
Opinion delivered by Justice Brown.
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 27th day of May, 2014.

/Ada Brown/

ADA BROWN
JUSTICE